IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JASON M. BRUCKBAUER,

                Petitioner,

v.

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

                Respondent.

ORDER

12-cv-239-wmc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on October 12, 2012, Magistrate Judge Stephen Crocker directed petitioner to show cause by November 13, 2012, why his habeas corpus petition should not be dismissed as barred by the one-year statute of limitations in 28 U.S.C. § 2244(d)(1). Judge Crocker warned petitioner that his case would be dismissed for want of prosecution if he failed to respond. On December 22, 2012, petitioner filed a letter with the court asking for a status update. The contents of the letter suggested that plaintiff did not receive the October 12 order, so the court sent plaintiff another copy. Petitioner never responded. Accordingly, this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b).

Entered this 4th day of February, 2013.

BY THE COURT:

William M. Conley
District Judge

1